UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:
WILL ZAMORA                                        Case No.: 18-14821-BKC-LMI
SSN XXX.XX.9623                                    Chapter 13
    Debtor.
_____/

**<u>DEBTOR'S MOTION FOR PROTECTIVE ORDER AND OBJECTION TO SUBPOENA ISSUED TO EQUITYMAX, LLC TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANRKUTPCY CASE (OR ADVERSARY PROCEEDING)</u>**

    Debtor, **WILL ZAMORA**, by and through undersigned counsel, hereby files this *Motion for Protective Order and Objection to Subpoena Issued to EquityMax, LLC to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)*, and avers in support thereof the following:

    1.    This case was filed as a Chapter 13 on April 25, 2018.

    2.    On May 30, 2018 the Debtor filed a Notice of Voluntary Dismissal with Prejudice pursuant to 11 U.S.C. § 1307, see ECF 19.

    3.    Creditor, Timothy Mosley filed an Emergency Objection to Notice of Voluntary Dismissal and Motion to Convert Case to Chapter 7, see ECF 20. The Court has set this matter to be heard on July 17, 2018 at 9:00 a.m.

    4.    Thereafter, on June 1, 2018 Creditor, Timothy Mosley, unilaterally scheduled a Notice of Taking Rule 2004 Examination Duces Tecum of Debtor on July 9, 2018, see ECF 22. On June 4, 2018 the Debtor issued to EquityMax, LLC a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy case (or Adversary Proceeding), see ECF 23.

5. Debtor's Counsel is not available on this date due to a previously scheduled vacation with her family. Debtor's Counsel will not be available until the later part of July, 2018.

6. Debtor and his family upon vacating Creditor, Timothy Mosley's residence departed Miami, Florida and are now residing in Puerto Rico. Due to the issues revolving around the relocation of his family and other work and family commitments previously in place the Debtor will not be available to until after August 1, 2018.

7. Furthermore, Debtor respectfully requests that the hearing scheduled for July 17, 2018 on the Objection to Notice of Voluntary Dismissal with Prejudice and Motion to Convert Case to Chapter 7 be heard prior to the scheduling of a 2004 Examination. As the Debtor no longer resides in the State of Florida travel time and costs are considerable and burdensome on the Debtor, his family and his employment. No detrimental harm or loss will come to any of the parties involved in the matter by delaying the 2004 until adjudication by this Court on the Debtor's Notice of Voluntary Dismissal and the objection to same filed by Creditor, Timothy Mosley.

8. Undersigned counsel hereby seeks a court order protecting the Debtor from having to attend a Rule 2004 Examination Duces Tecum where Creditor, Timothy Mosley seeks to depose the Debtor and from staying compliance by EquityMax, LLC as to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy case (or Adversary Proceeding) issued to them.

9. Pursuant to Local Rules 2004-1(c) and 7030-2 the deposition of the Debtor shall be stayed until the court rules on this Motion.

**WHEREFORE**, the Debtor seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via ECF and E-mail, this 7th day of June, 2018 to all parties listed below.

| | |
|---|---|
| G. Steven Fender, Esq.<br>Steven Fender PA<br>Attorney for Creditor, Timothy Mosley<br>PO BOX 1545<br>Ft. Lauderdale, Fl. 33302<br>Steven.fender@yahoo.com | Nancy K. Neidich, Esq.<br>Standing Chapter 13 Trustee<br>Via ECF<br><br>Office of the US Trustee<br>Via ECF |

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**SANDRA NAVARRO-GARCIA, P.A.**
Counsel for the Debtor
7951 SW 40th Street, Suite 202
Miami, Florida 33155
SANDRA@SNGLAW.NET
Telephone: 305-264-7500 ▪ Facsimile: 305-264-7582


/s/ Sandra Navarro-Garcia
Sandra Navarro-Garcia, Esq., FBN 188735