UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 18-14821-LMI

WILL ZAMORA
    Debtor
_____/

MOTION FOR RECONSIDERATION OF ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL
(Limited to future notice to Debtor)
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion for Reconsideration of Order Granting Motion to Withdraw as Counsel and states as follows:

1) The Order granting the Motion to Withdraw as Counsel requires that "All future pleadings and notices shall be served directly via email on the Debtor at wzamora@bsuniverse.com."

2) The Trustee's office is unable to serve the Debtor via email.

3) As a pro se debtor, the Trustee will need to send letters to the Debtor, including letters not filed with the Clerk of the Court.

4) The Trustee requests that the Order Granting the Motion to Withdraw be amended to permit the Trustee to serve the Debtor at a physical address.

5) IF the Debtor does not have a physical address, the Trustee requests that she may serve the Debtor by filing letters with the Court and that the Court require the Debtor to monitor the docket for correspondence.

                RESPECTFULLY SUBMITTED:
                NANCY K. NEIDICH, ESQUIRE
                STANDING CHAPTER 13 TRUSTEE
                P.O. BOX 279806
                MIRAMAR, FL 33027-9806

By: /s/_____
Nancy K. Neidich, Esq.
Chapter 13 Trustee
Amy E. Carrington, Esq.
*Senior Staff Attorney*
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Reconsideration of Order Granting Motion to Withdraw as Counsel   and the Notice of Hearing was served through NEF on Leslie A Berkoff, Esq on behalf of Creditor Timothy Mosley and G Steven Fender on behalf of Creditor Timothy Mosley and by US First Class Mail to the following on _____:

Sandra Navarro-Garcia
7951 SW 40 St #202
Miami, FL 33155

Will Zamora
10395 SW 67th Avenue
Miami, Fl 33156

/s/_____
Amy E Carrington, Esq