UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 18-14821-LMI

WILL ZAMORA,                                        Chapter 13

    Debtor.
_____/

**CREDITOR TIMOTHY MOSLEY'S RESPONSE TO
THE TRUSTEE'S MOTION FOR RECONSIDERATION OF
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING [ECF 46]**

    Creditor Timothy Mosley ("Mosley"), files this Response to the Trustee's Motion for Reconsideration of Order Granting Motion to Withdraw as Counsel and Certificate of Service of Notice of Hearing (the "Motion to Reconsider") [ECF 46], and states:

    1.    The Trustee's Motion to Reconsider requests that the Debtor's former counsel provide a physical address for the Debtor at which the Trustee may serve papers and correspondence. While the Debtor's former counsel has represented to the Court that she believes the Debtor has moved to Puerto Rico at some address unknown to her, or is on vacation in Germany, the Debtor's former counsel has provided no proof of such. The Debtor's former counsel should not have filed this case without adequate investigation or contact information for her client. The fact that the Debtor's former counsel contends that the Debtor has ignored her emails, is not otherwise responding to her, or has potentially moved from Miami should not in any way impact the Court's decision as to whether to convert this case to a chapter 7 over the Debtor's request to dismiss it [ECF 41]. The Debtor's apparent decision to simply ignore everyone and to ignore two of the Court's Order at ECF 18 and 41 should not be rewarded by the Court with a dismissal of his case.

    2.    During the eviction of the Debtor at Mosley's house, a 2017 BMW 740l located in the driveway of Mosley's house was found to be registered to a "William Yanes," which is the

Debtor's first and middle names per other documents utilized by the Debtor[1], with an address on that 2018 BMW registration as 850 N. Miami Avenue, Apt. 1510, Miami, FL 33136-3545 [ECF 35, Ex. J]. The birth month and year on this registration also matches other information for the Debtor (registrations do not have the birth day). This is likely the physical address of the Debtor. It would appear unlikely Debtor has filed five previous bankruptcies in Miami in the last 10 years and has a large, $100,000 plus car registered to a downtown Miami apartment address in the last year, but has moved to Puerto Rico.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below in the manner indicated, on this the 11th day of September, 2018.

**STEVEN FENDER P.A.**

 /s/ G. Steven Fender
G. STEVEN FENDER, ESQ.
Florida Bar No. 060992
Attorney for Creditor Timothy Mosley
P.O. Box 1545
Ft. Lauderdale, FL 33302
Telephone: (407) 810-2458
Email: steven.fender@fender-law.com

**Electronic Mail Notice List**

- Sandra Navarro-Garcia           snglawcourt@yahoo.com
- Office of the U.S. Trustee      USTPRegion21.MM.ECF@usdoj.gov
- Nancy K. Neidich                e2c8f01@ch13miami.com; ecf@chapter13.com

**Via U.S. Mail**

Will Zamora
850 N. Miami Avenue, Apt. 1510
Miami, FL 33136-3545

**Via Electronic Mail**

wzamora@bsuniverse.com

---

[1] The Debtor discloses "Yanes" as his middle name in his four previous bankruptcies, S.D. Fla. Bankr. Case Nos. 08-12574-AJC, 09-11088-LMI, 11-22923-RAM, and 14-30083-RAM. As stated above, the Debtor never filed schedules in any of these cases and simply dismissed them when it came time to file schedules and to make basic disclosures.

1524401v2