**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No.: 18-14821-LMI

WILL ZAMORA,                                         Chapter 13

    Debtor.
_____/

**CREDITOR TIMOTHY MOSLEY'S NOTICE OF FILING**
**POLICE REPORT FOR OCTOBER 2, 2018 HEARING**

    Creditor Timothy Mosley ("Mosley"), submits the Police Report (the "Report"), filed in relation to Mosely's residence (the "Property"), concerning the theft and damages caused by the pre- and post-petition actions of the Debtor Will Zamora (the "Debtor") at Mosley's residence. The attached Report *also* reflects on-going vandalism in the last month relating to a former tenant, likely the Debtor, breaking onto the Property and causing damage to the gate, in order to retrieve mail addressed to the Debtor from the mailbox. Mosley believes that the information contained in the Report as it relates to the Property is germane to the pending hearing before the Court.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below in the manner indicated, on this the 27th day of September, 2018.

                                          **STEVEN FENDER P.A.**

                                          */s/ G. Steven Fender*
                                          G. STEVEN FENDER, ESQ.
                                          Florida Bar No. 060992
                                          Attorney for Creditor Timothy Mosley
                                          P.O. Box 1545
                                          Ft. Lauderdale, FL 33302
                                          Telephone: (407) 810-2458
                                          Email: steven.fender@fender-law.com

**Electronic Mail Notice List**

1

- Sandra Navarro-Garcia — snglawcourt@yahoo.com
- Office of the U.S. Trustee — USTPRegion21.MM.ECF@usdoj.gov
- Nancy K. Neidich — e2c8f01@ch13miami.com; ecf@chapter13.com

**Via U.S. Mail**

Will Zamora
850 N. Miami Avenue, Apt. 1510
Miami, FL 33136-3545

and

**Via Electronic Mail**

wzamora@bsuniverse.com

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Village Of Pinecrest Police Dept.
**ORI:** FL 0139200
**Case#:** 18-03120
**Date / Time Reported:** 08/29/2018 16:31 Wed
**Last Known Secure:** 08/29/2018 16:31 Wed
**At Found:** 08/29/2018 16:31 Wed

**Location of Incident:** 10395 Sw 67th Av, Village Of Pinecrest FL 33156-
**Premise Type:** Home Of Vic-single
**Zone/Tract:** 2, 1866

## IDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Civil Assist / CVL | M | NOT APPLICABLE | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

## MO

## VICTIM

**# of Victims:** 0   **Type:**   **Injury:**   **Domestic:** N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

**Home Address:**   **Home Phone:**
**Employer Name/Address:**   **Business Phone:**   **Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL (NOT A LE OFFICER)   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | DUMAS, MICHELLE | | Age 41 | B | F | | Non-Resident | |

**Home Address:** 3676 Cainhoy Ln  Virginia Beach, VA 23462
**Employer Name/Address:** (PROPERTY MANAGR)
**Business Phone:**   **Mobile Phone:**

**Type:** INDIVIDUAL (NOT A LE OFFICER)   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | MOSLEY, TIMOTHY ZEDD | | Age 46 | B | M | | Resident | |

**Home Address:** 10395 Sw 67th Ave  Village Of Pinecrest, FL 33156
**Employer Name/Address:** (ARTIST)
**Business Phone:** 305-794-7199   **Mobile Phone:** 305-

## PROPERTY

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Officer/ID#:** MANGUAL, J. (JM1359)
**Invest ID#:** (0)
**Supervisor:** GORSLINE, M. (MG0061)

**Complainant Signature:**
**Case Status:** Further Investigation
**Case Disposition:**

**Status:** Page 1

FL_CS11 BR   Printed By: PR0048,   Sys#: 109856   09/10/2018 16 19

# Incident Report Additional Name List

*Village Of Pinecrest Police Dept.*   OCA: 18-03120

## Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | IO 2 | ZAMORA, WILLIAM | | | 00 | | M |
| | Address | , | | H: - - | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 2) | IO 3 | ZAMORA, JANET | | | 00 | | F |
| | Address | , | | | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 3) | IO 4 | ZAMORA, WILLIAM, YANES | | | 54 | | M |
| | Address | , | | H: - - | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

*Village Of Pinecrest Police Dept.*

Case # 18-03120

| Status Codes | L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found |||||
|---|---|---|---|---|---|
| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
| D R U G S | | | | | | |

Assisting Officers
ORTIZ, J. (JF1566), CARRASCO, J. (JC1670), MUNOZ, R. (RM1658)

Suspect Hate / Bias Motivated: *None*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 18-03120           *Village Of Pinecrest Police Dept.*

### NARRATIVE

On 08/29/2018 at 4:35 PM, I was dispatched to 10395 SW 67th Ave reference a Civil Assist. Upon arrival, I made contact with Ms. Michelle Dumas(RP), personal assistant of the homeowner, Mr. Timothy Mosley(IO). Ms. Dumas' identity was later verified on FCIC/NCIC via her State of Virginia Driver's License.

Ms. Dumas(RP) stated she wanted a police report in order to document damages and items missing from the rental property of Mr. Timothy Mosley(IO). Mr. Timothy Mosley(IO) does not live at the residence, but rents it out to tenants. Ms. Dumas(RP) stated that Mr. William Zamora(IO) and Ms. Janet Zamora(IO) moved into the property on an unknown date in 2017 and were evicted in May 2018. Ms. Dunes(RP) could not provide further information on the exact dates and identifying information for the previous tenants. Ms. Dumas(RP) advised that during the eviction process, she discovered numerous missing items and damages to the residence. She has since obtained a list of the items missing from the residence, which was fully furnished prior to the previous tenants moving in.

Ms. Dumas(RP) reported that she is working with Keyes Real Estate to obtain the Contract to Lease in order to obtain the identifying information of the previous tenants. Ms. Dumas(RP) provided a paper copy listing all of the missing items and their value, totaling to $135,559.47. Ms. Dumas(RP) showed me a window, located on the middle/west side near the front door entrance, with a large crack allegedly caused by Mr. Zamora(IO) and Ms. Zamora(IO). She also advised that the West-side gate had been tampered with, causing damages.

CSI Officer Carrasco responded to the scene and took pictures of the vandalized items. Case Card given.

Detective Rivera was contacted via telephone, and he advised the incident should be addressed as a civil matter.

*Village Of Pinecrest Police Dept.*                                                                OCA: **1803120**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *FURTHER INVESTIGATION* | **Case Mng Status:** *NON-CRIMINAL, NO...* | **Occurred:** *08/29/2018* |
| **Offense:** *CIVIL ASSIST* | | |
| **Investigator:** *CARRASCO, J. (JC1670)* | **Date / Time:** *08/29/2018 17:31:28, Wednesday* | |
| **Supervisor:** *REGALADO, D. (DR1414)* | **Supervisor Review Date / Time:** *08/30/2018 14:17:12, Thursday* | |
| **Contact:** *Dumas, Denise* | **Reference:** *Crime Scene Investigation* | |

Date and Time: 08/29/2018
Officer: Jonathan Carrasco
Type of Report: Vandalism

On 08/29/2018 at approximately 5:11 PM, I responded to 10395 SW 67TH AV to conduct a crime scene investigation in reference to vandalism. Upon arrival, I made contact with Ms. Denise Dumas (reporting party and property manager). The crime scene was secured and access restricted (crime scene log not needed).

I started my crime scene investigation by conducting a preliminary scene survey for transient evidence (ashtrays, trash cans, etc.) which might require immediate protection/processing. I also conducted preliminary interviews with Ms. Dumas.

Based on my (preliminary survey, interviews, experience) it appears as if the renter(s) for this property caused damage to an exterior window, as well as, the outer gate. Ms. Dumas advised that the last renter(s) for this property was evicted.

Once I completed my preliminary investigation, I documented the condition of the crime scene utilizing photography. I utilized my department issued Canon DS126311 camera. I captured 12 color digital images of the scene, the window, and the outer gate. All photographs were later transferred to a (cd/dvd) and submitted into records.

After the crime scene documentation was completed, I conducted a more efficient and effective search of the area for additional evidence, negative results.

Upon completion of preliminary survey and search, I was unable to collect any usable/viable evidence.

Ms. Dumas refused CSI for powder/dusting for possible fingerprints.

Latent(s) lifted: 0
Latent(s) of value: 0
Evidence Collected: No
Call out: No
Hits: N/A
Case Sent to Lab: No
Long form report: N/A
Photos taken: 12

Investigator Signature                                        Supervisor Signature

Page 4

| | |
|---|---|
| Village Of Pinecrest Police Dept. | OCA: **1803120** |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** *FURTHER INVESTIGATION*  **Case Mng Status:** *NON-CRIMINAL, NO...*  **Occurred:** *08/29/2018*
**Offense:** *CIVIL ASSIST*

**Investigator:** *MANGUAL, J. (JM1359)*  **Date / Time:** *09/01/2018 15:10:32, Saturday*
**Supervisor:** *SCHRY, H. (HS1384)*  **Supervisor Review Date / Time:** *09/01/2018 21:17:34, Saturday*
**Contact:** *Dumas, Michelle*  **Reference:** *Officers Supplementary*
*Ln, Virginia Beach*

On 09/11/2018 I was dispatched to 12645 S. Dixie Hwy (Pinecrest Police Department) reference an Information Report for a walk-in regarding a previous Civil Assist case (Case: 18-03120).

Upon arrival, I made contact with a Ms. Michelle Dumas (Reporting Party) who advised she had background information regarding the past tenant, Mr. William Yanes Zamora (Involved Other). She provided his date of birth, height, and social security number.

The information was checked via FCIC/NCIC and DAVID and no match was found with the information provided.

Investigator Signature  Supervisor Signature

Village Of Pinecrest Police Dept.  OCA: **1803120**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** *FURTHER INVESTIGATION*  **Case Mng Status:** *NON-CRIMINAL, NO...*  **Occurred:** *08/29/2018*
**Offense:** *CIVIL ASSIST*

**Investigator:** *VIVANCOS, L. N. (LV1339)*  **Date / Time:** *09/04/2018 00:00:00, Tuesday*
**Supervisor:** *(0)*  **Supervisor Review Date / Time:** *NOT REVIEWED*
**Contact:** *Dumas, Michelle*  **Reference:** *Victim Services Report*
*Ln, Virginia Beach*

On September 4, 2018, at approximately 1435 hrs, I spoke with Ms. Michelle Dumas. Ms. Dumas provided me with the correct and additional information regarding her incident. I provided the information to Detective Rivera.

Investigator Signature                                Supervisor Signature

*Village Of Pinecrest Police Dept.*                                                                                       OCA: **1803120**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *FURTHER INVESTIGATION*     **Case Mng Status:** *NON-CRIMINAL, NO...*     **Occurred:** *08/29/2018*
**Offense:** *CIVIL ASSIST*

**Investigator:** *RIVERA, P. (PR0048)*              **Date / Time:** *09/04/2018 16:22:17, Tuesday*
**Supervisor:** *VILLANUEVA, C. (CV0037)*     **Supervisor Review Date / Time:** *09/05/2018 00:00:00, Wednesday*
**Contact:**                                                           **Reference:** *Detective*

On 9/04/18, I sent an e-mail to the reporter,

I was informed that you wanted to add or correct information about William Zamora such as his SS       -1320 and his DOB

Attached is a copy of the police report that was prepared by Officer Mangual.

Per Florida State Statute 83.52
http://www.leg.state.fl.us/Statutes/index.cfm?App_mode=Display_Statute&Search_String=&URL=0000-0099/0083/Sections/0083.52.html

The landlord must sue the tenant for the damages. Pursuant to the law in Florida, a tenant has an obligation to not destroy, deface, damage, impair, or remove any part of the premises or property therein belonging to the landlord nor permit any person to do so. Enforcement of these obligations is a civil matter.
[09/04/2018 16:23, PR0048, 21, PCPD]

Investigator Signature                                                     Supervisor Signature

*Village Of Pinecrest Police Dept.*  OCA: **1803120**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *FURTHER INVESTIGATION*  **Case Mng Status:** *NON-CRIMINAL, NO...*  **Occurred:** *08/29/2018*
**Offense:** *CIVIL ASSIST*

**Investigator:** *RIVERA, P. (PR0048)*  **Date / Time:** *09/04/2018 18:09:31, Tuesday*
**Supervisor:** *VILLANUEVA, C. (CV0037)*  **Supervisor Review Date / Time:** *09/05/2018 00:00:00, Wednesday*
**Contact:**  **Reference:** *Detective*

ON 9/04/18, Mrs. Michelle Dumas send me additional information about the case including an attachment.

She provided a "full list of damaged and or missing report which includes the outside and inside of the property. The prior list just an estimate of the inside but this is the full report of both totaling $491,679.39".

I opened the (78) pages attachment from Preferred Construction and Roofing, Inc - ATTACHMENT A
133 Bartram Parke Drive
St Johns, FL 32259
www.preferredcr.com
Florida General Contractor Lic#: CGC1521689
Florida Roofing Contractor Lic#: CCC1328441

On 9/04/18, I send another e-mail to Mrs. Michelle Dumas;

I checked the updated information that you provided, the social security and DOB in Florida HSMV Driver License and those identifiers are assigned to William Jacinto Zamora whose only address had been in the City of Miami. There are (7) people with Florida ID/DL under the name of Janet Zamora. [09/04/2018 18:14, PR0048, 21, PCPD]

Investigator Signature  Supervisor Signature