

**ORDERED in the Southern District of Florida on October 25, 2018.**

*[signature]*

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No.: 18-14821-LMI** |
| **WILL ZAMORA,** | **Chapter 13** |
| Debtor. | |
| _____/ | |

### ORDER ON EMERGENCY EX-PARTE MOTION TO REINSTATE CASE
### AND VACATION OF ORDER DISMISSING CASE

THIS MATTER came before the Court on the Creditor Timothy Mosley's *Emergency Ex-Parte Motion to Reinstate Case* (the "Motion") (ECF 73) and the Court, having reviewed the Motion and the record,

ORDERS as follows:

1.	The *Order Dismissing Case with 180 Days Prejudice* (ECF 72) is **VACATED**, as it was entered in an apparent administrative error.  This case was converted to Chapter 7 on

1

October 4, 2018 and the Debtor's Section 341 Meeting of Creditors has been scheduled for November 6, 2018 pursuant to the *Order Converting Case to Chapter 7* (the "Conversion Order") (ECF 59).

2. All dates and deadlines previously scheduled by the Conversion Order shall remain unchanged and the case will proceed accordingly.

# # #

Copies to:
G. Steven Fender, Esq.

*Attorney Fender is instructed to serve copies of this Order on all parties in interest and to file a certificate of service with the Clerk of Court.*