

**ORDERED in the Southern District of Florida on January 15, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 18-14821-LMI |
|---|---|
| WILL ZAMORA | Chapter 7 |
| Debtor./ | |

### ORDER GRANTING TRUSTEE'S MOTION
### FOR ORDER COMPELLING DEBTOR TO APPEAR AT RESCHEDULED
### SECTION 341 MEETING OF CREDITORS AND MOTION TO COMPEL
### THE DEBTOR TO FILE SCHEDULES AND CURE FILING DEFICIENCES

**THIS CAUSE** having come before the Court on January 9, 2019 at 9:30 a.m. (the "Hearing") upon *Trustee's Motion for Order Compelling Debtor to Appear at Rescheduled Section 341 Meeting of Creditors and Motion to Compel the Debtor to File Schedules and Cure Filing Deficiencies* (the "Motion") [ECF No. 80] and the *Order Continuing Hearing on Trustee's Motion for Order Compelling Debtor to Appear at Rescheduled Section 341 Meeting of Creditors and Motion to Compel the Debtor to File Schedules and Cure Filing Deficiencies* (the

"Order Continuing Hearing") [ECF No. 83], and the Court, having noted that the Trustee properly served the Motion and Order Continuing Hearing on the Debtor, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtor is directed to appear at the next rescheduled Section 341 Meeting of Creditors to be conducted on January 31, 2019 at 11:30 a.m.

3. The Debtor is directed to cure numerous filing deficiencies, including the filing of a complete petition with schedules, as well as other applicable items subject to the *Order Converting Case to Chapter 7* [ECF No. 59], within fourteen (14) days of the entry of this Order.

4. If the Debtor fails to comply with the terms of this Order, the Trustee may file a motion and submit an order to the Court denying or revoking the Debtor's discharge.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*
775923