UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

WILL ZAMORA

    Debtor./

CASE NO.: 18-14821-LMI

Chapter 7

## MOTION TO DENY DISCHARGE OF DEBTOR UNDER 11 U.S.C. §727(a)(2), (3), (4), AND (6)

**Ross R. Hartog**, the chapter 7 trustee (the "Trustee") for the estate of Will Zamora (the "Debtor"), through undersigned counsel, moves, for the entry of an order denying the Debtor's discharge. In support of this motion (the "Motion"), the Trustee states:

1. The Debtor filed a skeleton petition under Chapter 7 of Title 11 of the United States Code on April 25, 2018 (the "Petition Date").

2. Ross R. Hartog is the duly appointed and qualified Trustee in this case.

3. The Debtor filed this case as a short form case with no schedules or statement of financial affairs.

4. It appears this case was filed in an effort to stop an eviction and not for a proper bankruptcy purpose. *See* ECF Nos. 8, 20, and 35.

5. The Section 341 Meeting of Creditors was initially scheduled on November 6, 2018 and has been continued on numerous occasions due to the non-appearance of the Debtor. The Section 341 Meeting of Creditors is now set to be conducted on February 27, 2019 after the Debtor failed to appear at the January 31, 2019 meeting of creditors.

6. On November 12, 2018, the Trustee filed *Trustee's Motion for Order Compelling Debtor to Appear at Rescheduled Section 341 Meeting of Creditors and Motion to Compel the*

*Debtor to File Schedules and Cure Filing Deficiencies* (the "Motion to Compel") [ECF No. 80] which was heard by this Court on January 9, 2019. *See* ECF No. 83.

7. On January 15, 2019, this Court entered an order granting the Motion to Compel (the "Order") [ECF No. 94] and directed the Debtor to attend the Section 341 Meeting of Creditors on January 31, 2019 at 11:30 a.m. and to cure the numerous filing deficiencies within fourteen (14) days of the entry of the Order.

8. Moreover, if the Debtor fails to comply, the Order indicates that the Trustee may file a motion and submit an order to the Court denying or revoking the Debtor's discharge. *See* ECF No. 94.

9. As of the filing of this Motion, the Debtor is not in compliance with the Order.

10. The Debtor failed to appear at his January 31, 2019 Section 341 Meeting of Creditors. To date, Debtor has also failed to cure the numerous filing deficiencies.

11. The deadline to object to the Debtor's discharge is March 1, 2019. *See* ECF No. 99.

12. The actions of the Debtor in this case constitute violations of 11 U.S.C. §§ 727(a)(2), (3), (4), and (6).

13. The actions of the Debtor in failing to file schedules, provide any financial information to the Trustee or attend his 341 meeting of creditors, constitutes an attempt to hinder, delay and defraud an officer of the estate by concealing or permitting to be concealed property of the Debtor within one year before the date of the filing of the petition and/or property of the estate after the date of the filing of the petition. These actions constitute a violation of 11 U.S.C. §§ 727(a)(2)(A) and (a)(2)(B).

14. In addition, the Debtor's actions as set forth above constitute concealing or failing to keep and preserve any recorded information, including books, documents, records, papers

from which the Debtor's financial condition or business transactions might be ascertained. These actions constitute a violation of 11 U.S.C. § 727(a)(3).

15. The actions of the Debtor as described above further constitute a knowing and fraudulent withholding from an officer of the estate entitled to possession any recorded information, including books, documents, records, papers related to Debtor's property or financial affairs. These actions constitute a violation of 11 U.S.C. § 727(a)(4).

16. The actions of the Debtor as described above also constitute the Debtor's refusal to obey the Order, a lawful order of this court. These actions constitute a violation of 11 U.S.C. § 727(a)(6)(A).

17. Accordingly, based on the forgoing, the Trustee submits that cause exists to object to the Debtor's discharge.

WHEREFORE, the Trustee respectfully requests entry of an order (a) denying the Debtor's discharge pursuant to 11 U.S.C. §§ 727(a)(2), (3), (4), and/or (b) and granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served on the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case; via U.S. Mail and Electronic Mail as indicated on the attached Service List on February 25, 2019.

Dated:  February 25, 2019

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 S. Dadeland Boulevard Suite 1800
Miami, Florida 33156
Telephone: (305)670-5000
Facsimile: (305)670-5011

By:   */s/  John H. Lee*
JOHN H. LEE
Florida Bar No. 91795
E-mail: jlee@mrthlaw.com

780480

*In re: Will Zamora*
Case No. 18-14821-LMI
<u>Service List</u>

**Notice was electronically mailed through the Court's CM/ECF notification to:**

Leslie A Berkoff, Esq on behalf of Creditor Timothy Mosley
lberkoff@moritthock.com

G Steven Fender on behalf of Creditor Timothy Mosley
steven.fender@fender-law.com, lm910@aol.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com; rhartog@ecf.epiqsystems.com; rrh@trustesolutions.net;rhartog@ecf.courtdrive.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com; markowitzjr73991@notify.bestcase.com,jlee@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Notice will be mailed to:**

Will Zamora, Debtor
10395 SW 67th Avenue
Miami, Fl 33156

Will Zamora, Debtor
850 North Miami Avenue, Apt. 1510
Miami, FL 33136-3545

**Notice will be electronically mailed to:**

Will Zamora, Debtor
wzamora@bsuniverse.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 18-14821-LMI |
| WILL ZAMORA | Chapter 7 |
| Debtor./ | |

**[PROPOSED]**
**ORDER GRANTING MOTION TO DENY DISCHARGE**
**OF DEBTOR UNDER 11 U.S.C. §§ 727(a)(2), (3), (4), AND (6)**

THIS MATTER, having come before the Court upon the Trustee's *Motion to Deny Discharge of Debtor Under 11 U.S.C. §§ 727(a)(2), (3), (4), and (6)* (the "Motion") [ECF No. xx]. The Court, having reviewed the Motion and the record herein, having noted that the Debtor failed to cure filing deficiencies pursuant to this Court's recent *Order Granting Trustee's Motion for Order Compelling Debtor to Appear at Rescheduled Section 341 Meeting of Creditors and Motion to Compel the Debtor to File Schedules and Cure Filing Deficiencies* ("Order Compelling Debtor") [ECF No. 94], finds cause to grant the Motion. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED.**

2. The Chapter 7 discharge of the Debtor, Will Zamora, is DENIED with regards to all debts he incurred prior to, and including, April 25, 2018.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*