

**ORDERED in the Southern District of Florida on March 29, 2019.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 18-14821-LMI |
|---|---|
| WILL ZAMORA | Chapter 7 |
| Debtor./ | |

### ORDER DENYING DEBTOR'S DISCHARGE

**THIS CAUSE** having come before the Court on March 27, 2019 at 9:30 a.m., upon Ross R. Hartog's *Motion to Deny Discharge of Debtor Under 11 U.S.C. § 727(a)(2), (3), (4), and (6)* (the "Motion") [ECF No. 106], and the Court, having reviewed the Motion and the file, having heard argument from Trustee's counsel, being otherwise fully advised in the premises and for the reasons set forth in the record, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtor's discharge is **DENIED**.

3. The Court reserves jurisdiction to enter any further Orders or take any other actions that may be reasonably necessary in connection with this matter.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
Counsel to Chapter 7 Trustee
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

Copies to:
John H. Lee, Esq.
(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).