UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No.: 18-14821-LMI

WILL ZAMORA,                                                Chapter 7

    Debtor.
_____/

### TRUSTEE'S MOTION TO COMPEL ALFARO & FERNANDEZ, P.A. TO PRODUCE ALL DOCUMENTS RESPONSIVE TO TRUSTEE'S SUBPOENA

Ross Hartog (the "Trustee"), as Trustee in Bankruptcy for Will Zamora (the "Debtor"), through undersigned counsel, submits his Motion to Compel Alfaro & Fernandez, P.A. ("Alfaro") to Produce All Documents Responsive to the Trustee's Subpoena, and states:

1. On April 9, 2019, the Trustee served a document subpoena (the "Subpoena") on Alfaro [ECF 121, pp. 17-19] requesting the production of three categories of documents:

    1. All documents and other electronic or paper materials reflecting any email address, physical address, phone number, billing address, or contact information for Janet Zamora and/or Will Zamora;

    2. All documents and other electronic or paper materials reflecting the source of payments made to Alfaro & Fernandez, P.A. by or for the benefit of Janet Zamora and/or Will Zamora;

    3. All emails, texts, or other communications (non-privileged or redacted) between Alfaro & Fernandez, P.A. and Janet Zamora and/or Will Zamora.  A privilege log is not required at this time.

2. Alfaro is a law firm that represented the Debtor in the various state court actions pending between the Debtor and Timothy Mosley, a creditor in this case, just prior to the Debtor filing this bankruptcy.  The Trustee served the Subpoena to ascertain contact information and potential asset locations of the Debtor.  Janet Zamora is the Debtor's wife who was actively involved in the litigation and was involved in the payment of some of the Debtor's obligations during this time.

1

3.      On April 22, 2019, Alfaro served a Response to the Subpoena, which is attached as Exhibit "A."  The Response does not reference or address #3 above.  The Response objects to #1 and #2 on the same grounds: "The Florida Bar does not allow the disclosure of these documents without court order."

4.      The Trustee is not aware of any Florida Bar Rule or Regulation that requires an order of any court in order for a law firm to produce the documents requested in the Subpoena's categories #1 and #2.  The documents requested in #1 and #2 do not implicate the providing or communication of legal advice.  Alfaro has raised no objection to the Subpoena's Category #3, which the Trustee tailored to not request any privileged information.  In any event, Alfaro has waived any objection to #3.  Alfaro's objection to categories #1 and #2 do not provide any grounds for not producing all responsive documents.

5.      The Trustee accordingly asks the Court to compel Alfaro to produce all documents responsive to the Subpoena.

WHEREFORE Ross Hartog, as Trustee in Bankruptcy for Will Zamora, prays this Honorable Court will grant his Motion to Compel Alfaro & Fernandez, P.A. to Produce All Documents Responsive to Trustee's Subpoena, order Alfaro to produce all documents responsive to the Subpoena, and granting such other relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below in the manner indicated, on this the 22nd day of April, 2019.

          **STEVEN FENDER P.A.**

          */s/ G. Steven Fender*
          G. STEVEN FENDER, ESQ.
          Florida Bar No. 060992
          Attorney for Ross Hartog
          P.O. Box 1545
          Ft. Lauderdale, FL 33302
          Telephone: (407) 810-2458
          Email: steven.fender@fender-law.com

**Electronic Mail Notice List:**
- Sandra Navarro-Garcia, Esq.  snglawcourt@yahoo.com

- Office of the U.S. Trustee          USTPRegion21.MM.ECF@usdoj.gov
- Ross Hartog, Trustee

Will Zamora
850 N. Miami Avenue, Apt. 1510
Miami, FL 33136-3545
And

**Via Electronic Mail**
wzamora@bsuniverse.com

Alfaro & Fernandez, P.A.
C/o Registered Agent Elbert Alfaro, Esq.
5801 NW 151 Street, Penthouse #305
Miami Lakes, FL 33014

**United States Bankruptcy**
Southern District of Florida

Case No 18-14821 -LMI

Chapter 7

In Re; Will Zamora

### ALFARO & FERNANDEZ RESPONSE TO SUBPOENA DATED April 9 2019

COMES NOW, ALFARO & FERNANDEZ P.A. ("Defendant"), by and through the undersigned counsel files this Objection to Subpoena and in support thereof states as follows, to wit:

1. The Florida Bar does not allow the disclosure of these documents without court order.

2. The Florida Bar does not allow the disclosure of these documents without order.

Alfaro & Fernandez, P.A.
5801 NW 151 Street #305
Miami Lakes Florida 33014
Telephone : 3058215255

By: _____
Elbert Alfaro, Esq. FBN 327440

### Certificate of Service

The undersigned hereby confirms that on April 22, 2019, a copy of the foregoing was furnished to all parties listed in the att. ed service list via email and U.S. Regular Mail.

### Service List

Steven Fender Esq.
P.O. Box 1545
Fort Lauderdale Fl 33302
Steven.fender@fender-law.com

EXHIBIT "A"